UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60287-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

       Plaintiff,

v.

NICHOLAS KYLE,

       Defendant.

_____

## O R D E R

    THIS CAUSE is before the Court on defendant's Motion for Reconsideration of Order Denying Defendant's Motion for Inspection of Controlled Substance by Defense Expert (DE 39).   Therefore, being duly advised, it is hereby

    ORDERED AND ADJUDGED that the Defendant's Motion for Reconsideration is GRANTED.  The parties shall, within 15 days from the date of this Order, arrange for a mutually convenient time for the defendant's expert to weigh the crack cocaine.

    DONE AND ORDERED at Fort Lauderdale, Florida, this ____ day of June, 2008.

                                 LURANA S. SNOW
                            UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Don Chase (FTL)
John McCray, Jr., Esq.
Perry Thurston, Jr., Esq.